

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 160TH DISTRICT COURT OF DALLAS COUNTY, GREETINGS:

On March 11, 2025, the Court of Appeals for the Fifteenth District of Texas affirmed your judgment in the following case:

B.E.C.D.S, Inc.; Kecia Bolton; and Paul Bolton v. Texas Workforce Commission and Texas Department of Assistive and Rehabilitative Services, Unknown Employee of TWC

Court of Appeals No. 15-24-00031-CV
Trial Court No. DC-23-02253

The Court of Appeals entered the following judgment or order:

For the foregoing reasons, we affirm the trial court's judgment in favor of appellees. *See* Tex. R. App. P. 43.2(a).

We order appellants to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this May 22, 2025.

CHRISTOPHER A. PRINE, CLERK